## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:   TRINA ABRON,

DEBTOR.

Case No.  17 B 28503
Chapter 13

Judge Deborah L. Thorne

## NOTICE OF MOTION

TO:   US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
Marilyn Marshall, Chapter 13 Trustee (by ECF)
See Attached Service List

On February 3, 2021, at 2:00 pm, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and the password is none.  The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, January 22, 2021.

/s/ Angie Lee

Angie S Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Capital One Auto Finance, a divison of Capit
0752-1                                   P.O. BOX 165028                                4515 N Santa Fe Ave. Dept APS
Case 17-28503                            IRVING, TX 75016-5028                          Oklahoma City, OK 73118-7901
Northern District of Illinois
Eastern Division
Fri Jan 22 12:43:30 CST 2021

US Department of Education               U.S. Bankruptcy Court                          AT&T Corp.
P O Box 16448                            Eastern Division                               c/o AT&T Services Inc.
Saint Paul, MN 55116-0448                219 S Dearborn                                 Karen A. Cavagnaro - Lead Paralegal
                                         7th Floor                                      One AT&T Way, Room 3A104
                                         Chicago, IL 60604-1702                         Bedminster, NJ 07921-2693

Acs/dept Of Ed                           Allied Coll                                    (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
C/o Acs                                  3080 S Durango Dr Ste 20                       PO BOX 183853
Utica, NY 13501                          Las Vegas, NV 89117-9194                       ARLINGTON TX 76096-3853


AmeriCredit Financial Services, Inc., dba GM   Ashley Funding Services, LLC its successors   Capital One Auto Finan
P O Box 183853                           assigns as assignee of Laboratory              3901 Dallas Pkwy
Arlington, TX 76096-3853                 Corporation of America Holdings                Plano, TX 75093-7864
                                         Resurgent Capital Services
                                         PO Box 10587
                                         Greenville, SC 29603-0587

Capital One Auto Finance                 Central Park Apts.                             City of Chicago
a division of Capital One, N.A.          11 Fir St.                                     City Hall
c/o AIS Portfolio Services, LP           Park Forest, IL 60466-1706                     121 N. LaSalle St.
4515 N Santa Fe Ave Dept APS                                                            Chicago, IL 60602-1266
Oklahoma City, OK 73118-7901

City of Chicago                          City of Chicago Department of Finance          Credit One Bank, NA
Dept of Finance Citation Admin           c/o Arnold Scott Harris, P.C.                  P.O. Box 98872
PO Box 5289                              111 W. Jackson Blvd Ste. 600                   Las Vegas, NV 89193-8872
Chicago, IL 60680-5224                   Chicago, IL 60604-3517


Enchanced Recovery Company               Enhanced Recovery Co L                         First Credit Corporation
P.O. Box 57547                           8014 Bayberry Rd                               P.O. Box 9300
Jacksonville, FL 32241-7547              Jacksonville, FL 32256-7412                    Boulder, CO 80301-9300


GM FInancial                             Great American Financial                       Harris & Harris
P.O. Box 181145                          20 W. Wacker Dr.                               111 W. Jackson Blvd.
Arlington, TX 76096-1145                 Ste. 2275                                      Ste. 400
                                         Chicago, IL 60606-3096                         Chicago, IL 60604-4135


Midland Funding                          Midland Funding, LLC                           PEOPLES GAS LIGHT & COKE COMPANY
2365 Northside Dr Ste 30                 Midland Credit Management, Inc. as             200 EAST RANDOLPH STREET
San Diego, CA 92108-2709                 agent for Midland Funding, LLC                 CHICAGO, ILLINOIS 60601-6433
                                         PO Box 2011
                                         WARREN, MI 48090-2011

PLS Financial Solutions of Illinois      People's Gas                                   Rmp Llc
628 W. 14th St.                          200 E. Randolph St.                            2250 E Devon Ave Ste 352
Chicago Heights, IL 60411-2305           Ste. 2200                                      Des Plaines, IL 60018-4521
                                         Chicago, IL 60601-6302
```

```
Southwest Credit Syste                T Mobile/T-Mobile USA Inc            The Payday Loan Store
4120 International Pkwy               by American InfoSource LP as agent   c/o Creditors Bankruptcy Service
Carrollton, TX 75007-1958             4515 N Santa Fe Ave                  P.O. Box 800849
                                      Oklahoma City, OK 73118-7901         Dallas, TX 75380-0849


US Department of Education            April B Senter                       Marilyn O Marshall
PO Box 16448                          Senter Legal Services, Ltd.          224 South Michigan Ste 800
St Paul, MN 55116-0448                19624 Governors Hwy                  Chicago, IL 60604-2503
                                      Flossmoor, IL 60422-2077


Patrick S Layng                       Trina A. Abron
Office of the U.S. Trustee, Region 11 241 Forest Blvd.
219 S Dearborn St                     Park Forest, IL 60466-1750
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.
dba Gm Financial
P O Box 183853
Arlington, TX 76096
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Aaron Abron                        End of Label Matrix
                                      Mailable recipients    37
                                      Bypassed recipients     1
                                      Total                  38
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:    TRINA ABRON,

DEBTOR.

Case No.  17 B 28503
Chapter 13

Judge Deborah L. Thorne

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor Trina Abron, by and through her attorney, Lee Ratliff & Associates LLC, and moves this Honorable Court for entry of an Order Modifying her Plan pursuant Section 1329 of the Bankruptcy Code, and in support thereof, states as follows:

1. This court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on September 24, 2017, and her Plan was confirmed on December 6, 2017.

4. Debtor lost her job and fell behind on her payments due to COVID-19.

5. Debtor is now gainfully employed and wishes to proceed with the case to save her car.

6. Debtor requests that her Plan be extended to 72 months and payments reduced to $268.00 per month commencing February 24, 2021.

Wherefore, Debtor respectfully prays that this Court will enter an order modifying her Plan and for such other and further relief as this Court deems fair and just

        Respectfully submitted,

        /s/ Angie S. Lee
        Attorney for the Debtor

Angie S. Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937