# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:   TRINA ABRON,

DEBTOR.

Case No.  17 B 28503
Chapter 13

Judge Deborah L. Thorne

## AMENDED NOTICE OF MOTION

TO:   US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
      Marilyn Marshall, Chapter 13 Trustee (by ECF)
      See Attached Service List

On February 24, 2021, at 2:00 pm, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and the password is none.  The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before February 2, 2021.

/s/ Angie Lee

Angie S Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-28503<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan 22 12:43:30 CST 2021 | Capital One Auto Finance, a division of Capi<br>P.O. BOX 165028<br>IRVING, TX 75016-5028 | Capital One Auto Finance, a divison of Capit<br>4515 N Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118-7901 |
| US Department of Education<br>P O Box 16448<br>Saint Paul, MN 55116-0448 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Corp.<br>c/o AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Acs/dept Of Ed<br>C/o Acs<br>Utica, NY 13501 | Allied Coll<br>3080 S Durango Dr Ste 20<br>Las Vegas, NV 89117-9194 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit Financial Services, Inc., dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance<br>a division of Capital One, N.A.<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | Central Park Apts.<br>11 Fir St.<br>Park Forest, IL 60466-1706 | City of Chicago<br>City Hall<br>121 N. LaSalle St.<br>Chicago, IL 60602-1266 |
| City of Chicago<br>Dept of Finance Citation Admin<br>PO Box 5289<br>Chicago, IL 60680-5224 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | Credit One Bank, NA<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Enchanced Recovery Company<br>P.O. Box 57547<br>Jacksonville, FL 32241-7547 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First Credit Corporation<br>P.O. Box 9300<br>Boulder, CO 80301-9300 |
| GM FInancial<br>P.O. Box 181145<br>Arlington, TX 76096-1145 | Great American Financial<br>20 W. Wacker Dr.<br>Ste. 2275<br>Chicago, IL 60606-3096 | Harris & Harris<br>111 W. Jackson Blvd.<br>Ste. 400<br>Chicago, IL 60604-4135 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090-2011 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| PLS Financial Solutions of Illinois<br>628 W. 14th St.<br>Chicago Heights, IL 60411-2305 | People's Gas<br>200 E. Randolph St.<br>Ste. 2200<br>Chicago, IL 60601-6302 | Rmp Llc<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018-4521 |

```
Southwest Credit Syste              T Mobile/T-Mobile USA Inc           The Payday Loan Store
4120 International Pkwy             by American InfoSource LP as agent  c/o Creditors Bankruptcy Service
Carrollton, TX 75007-1958           4515 N Santa Fe Ave                 P.O. Box 800849
                                    Oklahoma City, OK 73118-7901        Dallas, TX 75380-0849


US Department of Education          April B Senter                      Marilyn O Marshall
PO Box 16448                        Senter Legal Services, Ltd.         224 South Michigan Ste 800
St Paul, MN 55116-0448              19624 Governors Hwy                 Chicago, IL 60604-2503
                                    Flossmoor, IL 60422-2077


Patrick S Layng                     Trina A. Abron
Office of the U.S. Trustee, Region 11   241 Forest Blvd.
219 S Dearborn St                   Park Forest, IL 60466-1750
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.
dba Gm Financial
P O Box 183853
Arlington, TX 76096
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Aaron Abron                      End of Label Matrix
                                    Mailable recipients    37
                                    Bypassed recipients     1
                                    Total                  38
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: TRINA ABRON,

DEBTOR.

Case No. 17 B 28503
Chapter 13

Judge Deborah L. Thorne

**AMENDED MOTION TO MODIFY PLAN**

NOW COMES the Debtor Trina Abron, by and through her attorney, Lee Ratliff & Associates LLC, and moves this Honorable Court for entry of an Order Modifying her Plan pursuant Section 1329 of the Bankruptcy Code, and in support thereof, states as follows:

1. This court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on September 24, 2017, and her Plan was confirmed on December 6, 2017.

4. On February 14, 2020, Debtor lost her job prior to COVID-19 pandemic and was unable to secure employment.

5. On October 30, 2020, Debtor regained employment and wishes to proceed with the case to save her car.

6. Debtor requests that her Plan be extended to 72 months and payments reduced to $268.00 per month commencing February 24, 2021.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the arrears to the end of the plan term and to extend the plan term as

allowed by the CARES Act.

  Wherefore, Debtor respectfully prays that this Court will enter an order modifying her Plan and for such other and further relief as this Court deems fair and just.

                Respectfully submitted,

                 /s/ Angie S. Lee
                Attorney for the Debtor

Angie S. Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937