UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-28503
Trina Abron )
 )
 )  Chapter: 13
 )
 )  Honorable Deborah L. Thorne
 )
Debtor(s) )

## ORDER MODIFYING PLAN

THIS CAUSE coming to be heard on Debtor's Motion, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that
1. Debtor's Plan is modified,
2. the current default is deferred, and
3. payments are reduced to $268.00 per month commencing February 24, 2021.

Enter:

*Deborah L. Thorne*

United States Bankruptcy Judge

Dated: 3-9-2021

**Prepared by:**
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422

Rev: 20151029_bko